# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0757. PHILLIP JUSTIN BOEHM v. MARY ELIZA NORDER et al.**

Phillip Justin Boehm filed a legitimation action against Mary Eliza Norder, the biological mother of E. N., and her husband James Norder. The trial court denied Boehm's petition to legitimate, and Boehm filed this direct appeal. We, however, lack jurisdiction.

A legitimation action is a domestic relations case, and an appeal in a domestic relations case must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (2), (b); *Numanovic v. Jones*, 321 Ga. App. 763, 764 (743 SE2d 450) (2013). Compliance with the discretionary appeals procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Boehm's failure to comply with the discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/20/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*